**Rudy STANKO, Appellant,**

**v.**

**Ricardo RIOS, Local Director/Warden; Harley Lappin, Director; Michael Nalley, Regional Director, Appellees.**

No. 09–2258.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 12, 2010.

Filed: Feb. 23, 2010.

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Federal inmate Rudy Stanko appeals the district court's[1] denial of his petition for a writ of habeas corpus, filed under 28 U.S.C. § 2241. Upon de novo review, *see Mitchell v. U.S. Parole Comm'n*, 538 F.3d 948, 951 (8th Cir.2008) (per curiam), we conclude habeas relief was properly denied. We affirm the judgment. *See* 8th Cir. R. 47B.

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota.